# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2999

_____

Brett A. Anderson,

            Appellant,

     v.

Thomas J. Vilsack, Governor, State of
Iowa; Gary Maynard, Director of the
Iowa Department of Corrections;
Lowell Brandt, Warden at the Iowa
Medical and Classification Center;
David Scurr, Security Director at the
Iowa Medical and Classification
Center; Michael Bogs, Correctional
Officer at the Iowa Medical and
Classification Center,

            Appellees.

\*
\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Southern District of Iowa.
\*
\*  [UNPUBLISHED]
\*
\*
\*
\*
\*
\*
\*
\*
\*

_____

Submitted: October 17, 2008
Filed: October 27, 2008

_____

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Brett Anderson appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action and denial of his motion for reconsideration. After careful de novo review, see Benton v. Merrill Lynch & Co., 524 F.3d 866, 870 (8th Cir. 2008), we conclude that dismissal was proper for the reasons the district court stated. We also conclude that the court did not abuse its discretion in denying Anderson's motion to reconsider the dismissal. See United States v. Metro. St. Louis Sewer Dist., 440 F.3d 930, 933 (8th Cir. 2006) (standard of review). Accordingly, we affirm the judgment, see 8th Cir. R. 47B, and we deny Anderson's request for appointment of counsel.

_____

[1]The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.